AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JEFFERSON L. MILLER and
CYNTHIA L. BRAUGHTON,

*Plaintiff*

v.

AUTO CREDIT SALES and
PHOENIX FINANCIAL, LLC.,

*Defendant*

Civil Action No. 2:22-CV-0041-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss (ECF No. 11) is GRANTED. All claims against Defendants are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on Defendants' Motion to Dismiss (ECF No. 11).

Date: May 9, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*

*(By) Deputy Clerk*

B. Fortenberry